# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Nicole A. Williams aka Nicole A Woolford
      Debtor(s)

CHAPTER 13

U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), its successors and/or assigns
      Movant
  vs.

NO. 19-10215 JKF

Nicole A. Williams aka Nicole A Woolford
      Debtor(s)

Scott Waterman
      Trustee

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about **May 3, 2019, docket number 18**.

      Respectfully submitted,

      By: **/s/ Rebecca A. Solarz, Esquire**
      Rebecca A. Solarz, Esquire
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322
      Attorney for Movant/Applicant

October 25, 2019