UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

October 28, 2019

To:
**Nu Xiong-Men**

In re: **Nicole A. Williams**
Bankruptcy No. **19-10215JKF**
Adversary No.
Chapter 13

Re **Transfer of Claim (docket #47)**

The above document(s) were filed in this office on 10/28/19**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ()  | Voluntary Petition |
| ()  | Adversary Proceeding |
| ()  | $31.00 Filing Fee for Amendments |
| (x) | $25.00 Claims Transfer Fee |
| ()  | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By:**Randi Janoff**
 Deputy Clerk

*Fee Notice*
*(11/26/18)*