UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
NICOLE A. WILLIAMS  
　　　　DEBTOR

CASE NO. 19-10215 JKF  
CHAPTER 13

SECOND AMENDED

CHAPTER 13 PLAN

ADDENDUM

The Debtor will make an additional payment of $660.00 during the plan period

To make the total plan payment $28,880.00.

Dated 12/3/2019

/s/ Bruce Trawick  
Representing Debtor