**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Nicole Williams**  : **CHAPTER 13**
:
**DEBTOR,**  : **CASE NO: 19-10215**

PRAECIPE FOR ENTRY OF APPEARANCE

PLEASE enter the appearance of Michelle Lee, Esq., of Margolis Edelstein for the Debtor, Nicole Williams in the above captioned matter.

Dated: 6/25/2020

By: /s/ Michelle Lee
By: Michelle Lee, Esquire
PA ID: 202229
Margolis Edelstein
119 S. Easton Rd
Glenside, PA 19038
267-794-0225
mlee@margolisedelstein.com

{00382993;v1}