**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NICOLE WILLIAMS, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | CASE NO: 19-10215 |

**PRAECIPE FOR ENTRY OF APPEARANCE**

**TO THE CLERK:**

Kindly enter the appearance of Michelle Lee, Esquire and Margolis Edelstein on behalf of the Debtor Nicole Williams, in the above captioned matter.

Dated:  7/2/2020    By: /s/ Michelle Lee
                    By:  Michelle Lee, Esquire
                    PA ID: 202229
                    Margolis Edelstein
                    The Curtis Center
                    170 S. Independence Mall W.,
                    Suite 400E
                    Philadelphia, PA 19106
                    mlee@margolisedelstein.com

{00383381;v1}