**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NICOLE WILLIAMS, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | CASE NO: 19-10215 |

**PRAECIPE FOR ENTRY OF APPEARANCE**

**TO THE CLERK:**

Kindly enter the appearance of Georgette Miller, Esquire and Margolis Edelstein on behalf of the Debtor Nicole Williams, in the above captioned matter.

Dated:  7/29/2020              By: /s/ Michelle Lee
                                                By:  Georgette Miller, Esq.
                                                Margolis Edelstein
                                                The Curtis Center
                                                170 S. Independence Mall W.,
                                                Suite 400E
                                                Philadelphia, PA 19106
                                                mlee@margolisedelstein.com

{00385113;v1}