| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-10215-AMC

NICOLE A  WILLIAMS
7103 THEODORE STREET
PHILADELPHIA  PA   19142

Petition Filed Date: 01/11/2019
341 Hearing Date: 02/15/2019
Confirmation Date: 12/04/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/13/2019 | $277.00 | 352900 | 03/18/2019 | $267.00 | | 04/15/2019 | $272.00 | |
| 05/31/2019 | $300.00 | Monthly Plan P | 08/05/2019 | $467.00 | 2409 St. Paul E | 09/10/2019 | $487.00 | Automatic Payr |
| 10/18/2019 | $787.00 | | 01/02/2020 | $787.00 | | 05/28/2020 | $1,000.00 | |
| 06/11/2020 | $500.00 | | 06/25/2020 | $300.00 | | 07/09/2020 | $300.00 | |
| 08/06/2020 | $300.00 | | | | | | | |

**Total Receipts for the Period: $6,044.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,044.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL<br>»» 001 | Unsecured Creditors | $15,311.58 | $0.00 | $15,311.58 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $399.42 | $0.00 | $399.42 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,187.34 | $0.00 | $5,187.34 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 005 | Unsecured Creditors | $743.79 | $0.00 | $743.79 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $841.96 | $0.00 | $841.96 |
| 7 | PHEAA<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $4,888.38 | $0.00 | $4,888.38 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $536.42 | $0.00 | $536.42 |
| 10 | COMCAST INC<br>»» 010 | Unsecured Creditors | $389.91 | $0.00 | $389.91 |
| 11 | PA HOUSING FINANCE AGENCY<br>»» 011 | Mortgage Arrears | $25,398.02 | $5,090.61 | $20,307.41 |
| 12 | US DEPARTMENT OF EDUCATION<br>»» 012 | Unsecured Creditors | $29,138.35 | $0.00 | $29,138.35 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Secured Creditors | $593.89 | $106.70 | $487.19 |

**Chapter 13 Case No. 19-10215-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,044.00 | Current Monthly Payment: | $503.00 |
| Paid to Claims: | $5,197.31 | Arrearages: | $1,559.00 |
| Paid to Trustee: | $564.35 | Total Plan Base: | $28,226.00 |
| Funds on Hand: | $282.34 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.