**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Nicole Williams, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. **19-10215-amc** |

### O R D E R

AND NOW, this _____ day of _____ 2020, upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

**Date: December 16, 2020**

                                                                    **Honorable Ashely M. Chan**

{00384558;v1}