| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-10215-AMC

NICOLE A  WILLIAMS
7103 THEODORE STREET
PHILADELPHIA  PA    19142

Petition Filed Date: 01/11/2019
341 Hearing Date: 02/15/2019
Confirmation Date: 12/04/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $787.00 | | 05/28/2020 | $1,000.00 | | 06/11/2020 | $500.00 | |
| 06/25/2020 | $300.00 | | 07/09/2020 | $300.00 | | 08/06/2020 | $300.00 | |
| 08/20/2020 | $300.00 | | 09/03/2020 | $300.00 | | 09/17/2020 | $300.00 | |
| 10/16/2020 | $300.00 | | 10/29/2020 | $300.00 | | 11/13/2020 | $300.00 | |
| 12/10/2020 | $300.00 | | 12/28/2020 | $300.00 | | 01/22/2021 | $300.00 | |
| 03/22/2021 | $461.00 | | | | | | | |

**Total Receipts for the Period:  $6,348.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,205.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ALLY FINANCIAL<br>»» 001 | Unsecured Creditors | $15,311.58 | $0.00 | $15,311.58 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $399.42 | $0.00 | $399.42 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $22,500.00 | $1,166.98 | $21,333.02 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,187.34 | $0.00 | $5,187.34 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 005 | Unsecured Creditors | $743.79 | $0.00 | $743.79 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $841.96 | $0.00 | $841.96 |
| 7 | PHEAA<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $4,888.38 | $0.00 | $4,888.38 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $536.42 | $0.00 | $536.42 |
| 10 | COMCAST INC<br>»» 010 | Unsecured Creditors | $389.91 | $0.00 | $389.91 |
| 11 | PA HOUSING FINANCE AGENCY<br>»» 011 | Mortgage Arrears | $25,398.02 | $7,060.31 | $18,337.71 |
| 12 | US DEPARTMENT OF EDUCATION<br>»» 012 | Unsecured Creditors | $29,138.35 | $0.00 | $29,138.35 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Secured Creditors | $593.89 | $165.09 | $428.80 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-10215-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,205.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $8,392.38 | Arrearages: | $2,239.00 |
| Paid to Trustee: | $812.62 | Total Plan Base: | $53,874.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.