*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nicole A Williams
    Debtor(s)

Case No: 19−10215−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Modify Plan Filed by Nicole A Williams Represented by HENRY ALAN JEFFERSON (Counsel)

on: 6/1/22

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/11/22

Timothy B. McGrath
Clerk of Court

116 − 113
Form 167