# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Nicole A. Williams, | : | Chapter 13 |
| | | : | |
| | Debtor(s) | : | Case No. 19-10215-amc |
| | | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that on, 5/6/2022, a copy of the Motion to Modify the Plan Post-Confirmation was served, by either ECF or first-class regular U.S. mail, on the above-named Debtor, and secured and priority creditors of the Debtor(s) at their addresses as shown in the schedules accompanying the debtor's petition.

I further certify that at least 14 days have lapsed since such mailing and that no response in opposition to the Motion has been filed or received by this office.

It is respectfully requested that the Court approve Debtor(s) post-confirmation Plan as outlined in the Motion.

Respectfully Submitted,

DISTRICT COUNCIL 33 LEGAL SERVICES PLAN

Date: 5/21/2022    By: /S/Henry A. Jefferson
Henry A. Jefferson, Esquire.
Attorney for Debtor(s)

3001 Walnut Street, 10th Floor
Philadelphia, PA 19104
P: 267-817-8060
E: HJefferson@DC33LSP.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Nicole A. Williams, | : | Chapter 13 |
| | | : | |
| | Debtor(s) | : | Case No. 19-10215-amc |
| | | : | |

## ORDER

**AND NOW,** upon consideration of the Motion to Modify Plan Post-Confirmation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon counsel for the Debtor(s) certification of no response,

It is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____        _____
**HON. ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**