**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | Nicole A. Williams, | : | Chapter 13 |
| | | : | |
| | Debtor(s) | : | Case No. 19-10215-amc |
| | | : | |

## ORDER

**AND NOW,** upon consideration of the Motion to Modify Plan Post-Confirmation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon counsel for the Debtor(s) certification of no response,

It is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____

_____
**HON. ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**

**Date: June 8, 2022**