United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10215-amc |
| Nicole A Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicole A Williams, 7103 Theodore Street, Philadelphia, PA 19142-1519 |
| aty | + MICHELLE LEE, Margolis Edelstein, 119 South Easton Road, Glenside, PA 19038-4525 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 10, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

**Name            Email Address**

BRUCE J. TRAWICK
          on behalf of Debtor Nicole A Williams brucejitzi@gmail.com   srowe@dc33lsp.org;r56186@notify.bestcase.com

GEORGETTE MILLER
          on behalf of Debtor Nicole A Williams Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

HENRY ALAN JEFFERSON
          on behalf of Debtor Nicole A Williams HJefferson@DC33LSP.org  jeffersonhenry900@gmail.com

LEON P. HALLER
          on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com   dmaurer@pkh.com;mgutshall@pkh.com

POLLY A. LANGDON
          on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In Re: | Nicole A. Williams, | : | Chapter | 13 |
| | | : | | |
| | Debtor(s) | : | Case No. | 19-10215-amc |
| | | : | | |

## ORDER

**AND NOW,** upon consideration of the Motion to Modify Plan Post-Confirmation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon counsel for the Debtor(s) certification of no response,

It is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____

_____
**HON. ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**

**Date: June 8, 2022**