Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-10215-AMC**

NICOLE A WILLIAMS  
7103 THEODORE STREET  
PHILADELPHIA  PA    19142

Petition Filed Date: 01/11/2019  
341 Hearing Date: 02/15/2019  
Confirmation Date: 12/04/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/07/2021 | $1,000.00 | | 08/05/2021 | $1,000.00 | | 08/18/2021 | $1,000.00 | |
| 08/23/2021 | $600.00 | | 09/01/2021 | $400.00 | | 10/01/2021 | $400.00 | |
| 10/04/2021 | $250.00 | | 10/18/2021 | $400.00 | | 10/29/2021 | $200.00 | |
| 11/29/2021 | $300.00 | | 02/17/2022 | $300.00 | | 03/15/2022 | $400.00 | |
| 04/12/2022 | $400.00 | | 05/04/2022 | $600.00 | | 06/16/2022 | $300.00 | |
| 06/24/2022 | $600.00 | | | | | | | |

**Total Receipts for the Period: $8,150.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,355.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ALLY FINANCIAL<br>»» 001 | Unsecured Creditors | $15,311.58 | $0.00 | $15,311.58 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $399.42 | $0.00 | $399.42 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $22,500.00 | $5,113.37 | $17,386.63 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,187.34 | $0.00 | $5,187.34 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 005 | Unsecured Creditors | $743.79 | $0.00 | $743.79 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $841.96 | $0.00 | $841.96 |
| 7 | PHEAA<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $4,888.38 | $0.00 | $4,888.38 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $536.42 | $0.00 | $536.42 |
| 10 | COMCAST INC<br>»» 010 | Unsecured Creditors | $389.91 | $0.00 | $389.91 |
| 11 | PA HOUSING FINANCE AGENCY<br>»» 011 | Mortgage Arrears | $25,398.02 | $10,452.59 | $14,945.43 |
| 12 | US DEPARTMENT OF EDUCATION<br>»» 012 | Unsecured Creditors | $29,138.35 | $0.00 | $29,138.35 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Secured Creditors | $593.89 | $229.66 | $364.23 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | HENRY A JEFFERSON ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,355.00 | Current Monthly Payment: | $929.59 |
| Paid to Claims: | $15,795.62 | Arrearages: | $359.18 |
| Paid to Trustee: | $1,544.62 | Total Plan Base: | $56,756.96 |
| Funds on Hand: | $14.76 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.