# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| Nicole A Williams<br>aka Nicole A Woolford | : | |
| **Debtor(s)** | : | **Bky. No.** 19-10215-AMC |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. A **TELEPHONIC** Hearing is scheduled on April 5, 2023 at 11:00 a.m. in the Bankruptcy Court. U.S. Courthouse, 900 Market Street, Philadelphia, PA. to determine the status of the Debtor's legal representation and to consider whether sanctions should be imposed on Henry Alan Jefferson, Debtor's Counsel for failure to properly represent his client. **Parties are to Dial: 877-873-8017 Access Code: 3027681#** .

2. Both Debtor and Henry Alan Jefferson, Counsel for the Debtor SHALL PARTICIPATE in the hearing.

**DATED: March 9, 2023**

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**