United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 19-10215-amc

Nicole A Williams    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Mar 09, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

**Recip ID    Recipient Name and Address**
db    +  Nicole A Williams, 7103 Theodore Street, Philadelphia, PA 19142-1519

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRUCE J. TRAWICK
    on behalf of Debtor Nicole A Williams brucejitzi@gmail.com  srowe@dc33lsp.org;r56186@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

GEORGETTE MILLER
    on behalf of Debtor Nicole A Williams bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

HENRY ALAN JEFFERSON
    on behalf of Debtor Nicole A Williams HJefferson@DC33LSP.org  jeffersonhenry900@gmail.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 11

#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| Nicole A Williams<br>aka Nicole A Woolford | : | |
| **Debtor(s)** | : | Bky. No. 19-10215-**AMC** |

## O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. A **TELEPHONIC** Hearing is scheduled on April 5, 2023 at 11:00 a.m. in the Bankruptcy Court. U.S. Courthouse, 900 Market Street, Philadelphia, PA. to determine the status of the Debtor's legal representation and to consider whether sanctions should be imposed on Henry Alan Jefferson, Debtor's Counsel for failure to properly represent his client. **Parties are to Dial: 877-873-8017 Access Code: 3027681#** .

2. Both Debtor and Henry Alan Jefferson, Counsel for the Debtor SHALL PARTICIPATE in the hearing.

**DATED: March 9, 2023**

　　　　　　　　　　　　　　　　　　　　　　　**ASHELY M. CHAN**
　　　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**