## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Nicole A. Williams, | : | Chapter   13 |
| | : | |
| Debtor(s) | : | Case No.   19-10215-AMC |

## ORDER GRANTING MOVANT'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR NICOLE A. WILLIAMS

**AND NOW**, upon consideration of the Movant's Motion to Withdraw as Attorney of Record for Debtor Nicole A. Williams, and any responses thereto, it is hereby **ORDERED** and **DECREED** that Henry A. Jefferson and the District Council 33 Legal Services Plan, are hereby removed as the attorney(s) for the debtor and are fully discharged from any responsibility for representing the debtor in the present or future matters.

Date: _____
**Date: April 5, 2023**

_____
**HON. ASHELY M. CHAN**
**U. S. BANKRUPTCY JUDGE**