United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nicole A Williams  
    Debtor

Case No. 19-10215-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 05, 2023      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole A Williams, 7103 Theodore Street, Philadelphia, PA 19142-1519 |
| 14257362 | + | PGW, PO BOX 11700, Newark, NJ 07101-4700 |
| 14257363 | + | PHEAA, PO BOX 1375, Buffalo, NY 14240-1375 |
| 14257364 | + | PHILA FIRE DEPT, 825 TECH CNTER DRIVE, SUITE 200, Columbus, OH 43230-6653 |
| 14272135 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14279294 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14295740 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14288211 | + | US Bank NA, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14257367 | + | US National Bank, 211 N. Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 05 2023 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 05 2023 23:44:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: bncnotifications@pheaa.org | Apr 05 2023 23:44:00 | PHEAA, PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2023 23:52:30 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14257358 | | Email/Text: membersolutions@ardentcu.org | Apr 05 2023 23:44:00 | ARDENT CREDIT UNION, PO BOX 7480, Philadelphia, PA 19101 |
| 14261898 | | Email/Text: ally@ebn.phinsolutions.com | Apr 05 2023 23:44:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14341716 | | Email/Text: megan.harper@phila.gov | Apr 05 2023 23:44:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14257359 | + | Email/Text: megan.harper@phila.gov | Apr 05 2023 23:44:00 | CITY PHILADELPHIA WATER REVENUE, 1401 JFK BLVD, Philadelphia, PA 19102-1617 |
| 14292376 | + | Email/Text: documentfiling@lciinc.com | Apr 05 2023 23:44:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14411457 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 05 2023 23:44:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 14263066 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 05 2023 23:52:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14274956 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2023 23:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14257360 | + | Email/PDF: cbp@onemainfinancial.com | Apr 05 2023 23:52:26 | ONE MAIN FINANCIAL, 501 MCDADE BLVD, Folsom, PA 19033-3224 |
| 14269239 | + | Email/PDF: cbp@onemainfinancial.com | Apr 05 2023 23:52:29 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14257361 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 05 2023 23:44:00 | PECO, 2301 MARKET STREET, Philadelphia, PA 19103-1380 |
| 14282290 | + | Email/Text: bncnotifications@pheaa.org | Apr 05 2023 23:44:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14284475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2023 23:52:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14257365 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 05 2023 23:44:00 | SANTANDER CONSUMER, PO BOX 660633, Dallas, TX 75266-0633 |
| 14265718 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 05 2023 23:44:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14300431 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 05 2023 23:44:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14257366 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 05 2023 23:44:00 | US DEPT EDUCATION, PO BOX 790321, Saint Louis, MO 63179-0321 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14408937 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 31 |

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

**BRUCE J. TRAWICK**
　　on behalf of Debtor Nicole A Williams brucejitzi@gmail.com  srowe@dc33lsp.org;r56186@notify.bestcase.com

**DENISE ELIZABETH CARLON**
　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

**GEORGETTE MILLER**
　　on behalf of Debtor Nicole A Williams bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

**HENRY ALAN JEFFERSON**
　　on behalf of Debtor Nicole A Williams HJefferson@DC33LSP.org  jeffersonhenry900@gmail.com

**LEON P. HALLER**
　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

**POLLY A. LANGDON**
　　on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

**SCOTT F. WATERMAN [Chapter 13]**
　　ECFMail@ReadingCh13.com

**Scott F Waterman**
　　on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

**United States Trustee**
　　USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**
　　on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
NICOLE A WILLIAMS | 
 | Bankruptcy No. 19-10215-AMC
Debtor |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: April 5, 2023

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE