United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicole A Williams  
    Debtor

Case No. 19-10215-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 05, 2023      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole A Williams, 7103 Theodore Street, Philadelphia, PA 19142-1519 |
|  | + | Henry Alan Jefferson, Esq., District Council 33 Legal Srvs Plan, 3001 Walnut St., 10th fl, Phila., PA 19104-3414 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRUCE J. TRAWICK  
    on behalf of Debtor Nicole A Williams brucejitzi@gmail.com  srowe@dc33lsp.org;r56186@notify.bestcase.com

DENISE ELIZABETH CARLON  
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

GEORGETTE MILLER  
    on behalf of Debtor Nicole A Williams bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

HENRY ALAN JEFFERSON  
    on behalf of Debtor Nicole A Williams HJefferson@DC33LSP.org  jeffersonhenry900@gmail.com

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Nicole A. Williams, | : | Chapter    13 |
| | : | |
| Debtor(s) | : | Case No.    19-10215-AMC |

## ORDER GRANTING MOVANT'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR NICOLE A. WILLIAMS

**AND NOW**, upon consideration of the Movant's Motion to Withdraw as Attorney of Record for Debtor Nicole A. Williams, and any responses thereto, it is hereby **ORDERED** and **DECREED** that Henry A. Jefferson and the District Council 33 Legal Services Plan, are hereby removed as the attorney(s) for the debtor and are fully discharged from any responsibility for representing the debtor in the present or future matters.

Date: _____
**Date: April 5, 2023**

_____
HON. ASHELY M. CHAN
U. S. BANKRUPTCY JUDGE