Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-10215-AMC**

NICOLE A WILLIAMS  
7103 THEODORE STREET  
PHILADELPHIA  PA   19142

Petition Filed Date: 01/11/2019  
341 Hearing Date: 02/15/2019  
Confirmation Date: 12/04/2019

Case Status: Dismissed After Confirmation on 4/ 5/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $300.00 | | 10/31/2022 | $1,000.00 | | | | |

**Total Receipts for the Period: $1,300.00    Amount Refunded to Debtor Since Filing: $9.84    Total Receipts Since Filing: $18,655.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL<br>»»  001 | Unsecured Creditors | $15,311.58 | $0.00 | $15,311.58 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $399.42 | $0.00 | $399.42 |
| 3 | SANTANDER CONSUMER USA<br>»»  003 | Secured Creditors | $22,500.00 | $5,749.64 | $16,750.36 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $5,187.34 | $0.00 | $5,187.34 |
| 5 | PHILADELPHIA GAS WORKS<br>»»  005 | Unsecured Creditors | $743.79 | $0.00 | $743.79 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  006 | Unsecured Creditors | $841.96 | $0.00 | $841.96 |
| 7 | PHEAA<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»»  008 | Unsecured Creditors | $4,888.38 | $0.00 | $4,888.38 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $536.42 | $0.00 | $536.42 |
| 10 | COMCAST INC<br>»»  010 | Unsecured Creditors | $389.91 | $0.00 | $389.91 |
| 11 | PA HOUSING FINANCE AGENCY<br>»»  011 | Mortgage Arrears | $25,398.02 | $10,999.53 | $14,398.49 |
| 12 | US DEPARTMENT OF EDUCATION<br>»»  012 | Unsecured Creditors | $29,138.35 | $0.00 | $29,138.35 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»»  013 | Secured Creditors | $593.89 | $247.37 | $346.52 |
| 0 | HENRY A JEFFERSON ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | HENRY A JEFFERSON ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | NICOLE A  WILLIAMS | Debtor Refunds | $9.84 | $9.84 | $0.00 |

**Chapter 13 Case No. 19-10215-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,655.00 | Current Monthly Payment: | $929.59 |
| Paid to Claims: | $17,006.38 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,648.62 | Total Plan Base: | $56,756.96 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.